FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 27, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDRE H., | No. 1:21-cv-03152-JAG |
| Plaintiff, | |
| vs. | ORDER |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Before the court is the parties' Stipulated Motion to Remand. ECF No. 14. After considering the file and proposed order, it is hereby **ORDERED**:

1. The parties Stipulated Motion to Remand, **ECF No. 14**, is **GRANTED**.

2. Based on the stipulation of the parties, the above-captioned case is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council shall instruct the administrative law judge to:

    a) Re-evaluate the claimant's residual functional capacity and the opinion evidence;

    b) If warranted, obtain evidence from a vocational expert to assist in determining whether there are jobs that exist in significant

ORDER - 1

numbers in the national economy the claimant can perform despite his impairments, resolving any conflicts between the expert's testimony and the *Dictionary of Occupational Titles*;

    c)     Take any action necessary to complete the administrative record;

    d)     Offer the claimant an opportunity for a hearing; and

    e)     Issue a new decision.

3.     All other pending motions are **DENIED AS MOOT**.

4.     Judgment shall be entered for **Plaintiff**.

5.     Upon proper consideration, the Court will consider Plaintiff's application for reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The District Court Executive is directed to enter this Order, enter judgment in favor of the Plaintiff, provide copies of the Order and Judgment to counsel, and **CLOSE THIS FILE.**

DATED July 27, 2022.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2